MATILDA C. BREES, Respondent, *v.* CHARLES H. BREES et al., Appellants.

*Brees* v. *Brees*, 33 App. Div. 636, appeal dismissed.
(Argued April 17, 1899; decided April 25, 1899.)

MOTION to dismiss appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 12, 1898, modifying and, as modified, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the appellants, having received a benefit under the judgment directed by the Appellate Division, had waived their right to appeal.

*William H. Andrews* for motion.

*Vasco P. Abbott* opposed.

Motion granted and appeal dismissed, with costs.